UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

W.T. WALKER GROUP, INC., and
PMT HOLDINGS, INC.,

                Plaintiffs,

                v.

AAVIN EQUITY PARTNERS I, LP,
MARILYN WOLCOTT, TONY BISHOP,
TIM KNISLEY, ROBERT SCIBOR, and,
AAVIN, LLC,

                Defendants.

Case No. 14-CV-0221

**CIVIL L.R. 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendants AAVIN Equity Partners I, LP, Marilyn Wolcott, Tony Bishop, Tim Knisley, Robert Scibor, and AAVIN, LLC, (collectively, "Defendants"), furnish the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

    1.    **<u>Full Name of Every Party Represented in this Action:</u>**  AAVIN Equity Partners I, LP, Marilyn Wolcott, Tony Bishop, Tim Knisley, Robert Scibor, and AAVIN, LLC.

    2.    **<u>Corporate Ownership</u>**:  Defendants are not corporations.  AAVIN Equity Partners I, LP is a limited partnership with no parent corporation, and no publicly-held corporation owns an interest of 10% or more in AAVIN Equity Partners I, LP.  AAVIN, LLC is a limited liability company with no parent corporation, and no publicly-held corporation owns a membership interest of 10% or more in AAVIN, LLC.

3. **Names of All Law Firms Whose Attorneys Will or are Expected to Appear**:

    Reinhart Boerner Van Deuren s.c.
    1000 North Water Street, Suite 1700
    Milwaukee, WI 53202
    R. Timothy Muth
    Thomas M. Burnett

Dated this 28th day of February, 2014.

    s/ Thomas M. Burnett
    R. Timothy Muth
    WI State Bar ID No. 1010710
    tmuth@reinhartlaw.com
    Thomas M. Burnett
    WI State Bar ID No. 1076010
    tburnett@reinhartlaw.com
    Attorneys for Plaintiff
    Reinhart Boerner Van Deuren s.c.
    1000 North Water Street, Suite 1700
    Milwaukee, WI 53202

    Mailing Address:
    P.O. Box 2965
    Milwaukee, WI 53201-2965
    Telephone: 414-298-1000
    Facsimile: 414-298-8097

12611573

2

Case 2:14-cv-00221   Filed 02/28/14   Page 2 of 2   Document 2